IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISON

| | |
|---|---|
| **Patricia Johnson,**<br>      Plaintiff,<br><br>v.<br><br>**Capital One, N.A.; and TransUnion, LLC,**<br>      Defendants. | Civil Action No.<br>3:25-CV-00167-LMM-RGV |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Steven M. Lefkoff of Lefkoff Law LLC enters his appearance as counsel for Defendant Capital One, N.A. in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**LEFKOFF LAW, LLC**

By_____
Steven M. Lefkoff
Georgia Bar No. 670486
860 Johnson Ferry Road, #140-323
Atlanta, Georgia 30342
(404) 482-2228
Attorneys@LefkoffLaw.com
*Attorney for Capital One, N.A.*

**Dated: August 25, 2025**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify on August 4, 2025, that the foregoing has been prepared in Times New roman, 14-point font, and otherwise complies with the requirements of Local Rule 5.1.

/s/ Steven Lefkoff
Steven Lefkoff

## CERTIFICATE OF SERVICE

I certify that on August 25, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**LEFKOFF LAW, LLC**

By_____
Steven M. Lefkoff
Georgia Bar No. 670486
860 Johnson Ferry Road, #140-323
Atlanta, Georgia 30342
(404) 482-2228
Attorneys@LefkoffLaw.com
*Attorney for Capital One, N.A.*

**Dated: August 25, 2025**